NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE EMADELDIN M. HASSAN, AQEEL A. FATMI, AND NACHIAPPAN CHIDAMBARAM

---

2013-1287

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/529,984.

---

**ON MOTION**

---

Before RADER, *Chief Judge*, BRYSON and WALLACH, *Circuit Judges*.

BRYSON, *Circuit Judge*.

**O R D E R**

The parties jointly move to waive the requirements of Fed. Cir. R. 27(f) and to remand to the Patent Trial and Appeal Board (Board) to reconsider the opinion currently on appeal and the pending claims.

The Board rejected the claims in the patent application at issue as obvious over prior art Okajima in combination with other references. We agree with the parties that the Board's decision attributes to Okajima a teaching

of soft capsules without analysis or discussion of Okajima's repeated references to hard capsules. For at least this reason, remand is appropriate.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to remand is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26

ISSUED AS A MANDATE:  August 2, 2013